## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bloomsburg Industrial Ventures,      :
LLC,      :
             Appellant      :
     :
         v.      :        No. 961 C.D. 2019
     :
Town of Bloomsburg

**PER CURIAM**                **O R D E R**

NOW, January 4, 2021, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is denied.